IN THE SUPREME COURT OF TEXAS

 No. 05-0146

 IN RE EDWARD O. BUFKIN, JR.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion to stay underlying proceedings, filed March 7,
2005, is granted. All trial court proceedings in Cause No. 96-16958-Y,
styled In the Matter of the Marriage of Edward O. Bufkin, Jr. and Elizabeth
W. Bufkin, in the 330th District Court of Dallas County, Texas, are stayed
pending further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., March 18, 2005.

 Done at the City of Austin, this March 11, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk